No. 79–9. PLUMAS COUNTY BOARD OF SUPERVISORS ET AL. *v.* HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–12. REDDECK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–15. CALIFORNIA TAHOE REGIONAL PLANNING AGENCY ET AL. *v.* JENNINGS ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–17. RUBIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–20. FLAT GLASS ASSOCIATION OF JAPAN ET AL. *v.* CONSUMER PRODUCT SAFETY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 79–21. ALONZO ET AL. *v.* VILLAGE OF ROMEOVILLE. C. A. 7th Cir. Certiorari denied.

No. 79–22. AIR FREIGHT HAULAGE Co., INC. *v.* RYD-AIR, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–23. WORLEY *v.* WHALEY ET AL. Ct. App. Mo., St. Louis Dist. Certiorari denied.

No. 79–25. SNYDER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 79–26. WALKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79–27. FRIEND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–28. BECKLEAN ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.